(July 11, 1994)

■ DOROTHY AIKEN, Respondent, v WILLIAM AIKEN, Appellant. [616 NYS2d 186] —Appeal by the husband from an order of the Family Court, Westchester County (Murphy, J.), entered February 14, 1992.

Ordered that the order is affirmed, without costs or disbursements, for reasons stated by Judge Murphy of the Family Court.

We note, however, that pursuant to this Court's decision in *Matter of Cassano v Cassano* (203 AD2d 563), open-ended awards for future unreimbursed medical expenses are not improper *(see,* Family Ct Act § 413 [1] [c] [5]; Domestic Relations Law § 240 [1-b] [c] [5]). Sullivan, J. P., Pizzuto, Santucci and Friedmann, JJ., concur.

■ BANK OF NEW YORK, Respondent, v DOUBLE DISC GRINDING OF HAUPPAUGE, INC., Defendant, and GEORGE MUNOZ, Appellant. [616 NYS2d 186] —In an action to recover a balance due under an equipment lease, the defendant George Munoz appeals from an order of the Supreme Court, Suffolk County (Underwood, J.), entered January 12, 1993, which denied his motion to vacate a default judgment in favor of the plaintiff, entered upon his default in opposing a motion for summary judgment.

Ordered that the order is affirmed, with costs.

We agree with the Supreme Court that the appellant's papers in support of his motion to vacate the default judgment were bereft of a reasonable excuse for his failure to oppose the plaintiff's motion for summary judgment *(see,* CPLR 5015 [a] [1]; *Brownsville Assocs. v Mathis,* 137 AD2d 743). Sullivan, J. P., Lawrence, Pizzuto, Joy and Goldstein, JJ., concur.